**FLEX–FOOT, INC. and Van L. Phillips, Plaintiffs–Appellants,**

v.

**CRP, INC. (doing business as Springlite), Defendant–Appellee.**

No. 00–1436.

United States Court of Appeals, Federal Circuit.

Nov. 8, 2001.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).